IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SADIE L. COOK**, <br><br> Plaintiff, <br><br> v. <br><br> **CHRISTOPHER F. TUSTIN**, <br><br> Defendant. | **CIVIL ACTION** <br><br><br> **NO. 24-0431-KSM** |

## ORDER

**AND NOW**, this 17th day of July, 2024, upon consideration of Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 12) and Plaintiff's opposition brief (Doc. No. 14), it is **ORDERED** that the motion is **GRANTED**, and Counts I, II, and III of Plaintiff's Amended Complaint are **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that Plaintiff may file a second amended complaint if she can in good faith cure the deficiencies identified in the Court's accompanying Memorandum. Any second amended complaint must be filed by **July 31, 2024.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.